IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MATTHEW B. SHIVERS,

    Petitioner,

v.                                        CASE NO. 5:14-cv-71-RS-CJK

N.C. ENGLISH,

    Respondent.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 18). I have reviewed the report and recommendation *de novo*. I have also reviewed Petitioner's Objections (Doc. 19).

Petitioner does appear correct that there does not need to be specific on-point case law to fulfill the second prong of the test for allowing a § 2241 petitioner to proceed under § 2255(e), that "after the petitioner's first § 2255 proceeding, the Supreme Court overturned . . . binding precedent." *Jeanty v. Warden, FCI-Miami*, 757 F.3d 1283, 1285 (11th Cir. 2014). However, I agree with the Magistrate Judge that, for the reasons outlined in *United States v. Johnson*, 570 F. App'x 852, 857 (11th Cir. 2014), the Supreme Court has not overturned any precedent relevant to Petitioner's case.

**IT IS ORDERED:**

    1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The Petitioner for Writ of Habeas Corpus filed under 28 U.S.C. § 2241 (doc. 9) is **DISMISSED WITH PREJUDICE**.

3. The Clerk is directed to close this case.

**ORDERED** on December 16, 2014.

/S/ Richard Smoak<br>
**RICHARD SMOAK**<br>
**UNITED STATES DISTRICT JUDGE**